**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-60685-CIV-SMITH**

KEVIN OSWALDO PARADA CHAVEZ.,

     Plaintiff,

v.

GARRETT RIPA, *et al.*,

     Defendants.

_____/

## FINAL ORDER OF DISMISSAL

This cause is before the Court upon Unopposed Motion to Dismiss Petition for Writ of Habeas Corpus as Moot [DE 7]. Upon consideration, it is

     **ORDERED** that:

     1.     This case is **DISMISSED without prejudice**.  The parties shall bear their own attorney's fees and costs.

     2.     This case is **CLOSED**.

     **DONE AND ORDERED** in Fort Lauderdale, Florida this 3rd day of August, 2026.

_____

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record